JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC 25-0098-GW-MARx | Date | October 16, 2025 |
|---|---|---|---|
| Title | *Daystar Peterson v. Megan Pete* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Crystal A. Morgan, by telephone | Mari F. Henderson |

**PROCEEDINGS:** MOVANT DAYSTAR PETERSON'S MOTION FOR PROTECTIVE ORDER [1]

Court hears oral argument. For reasons stated on the record, Movant's Motion is DENIED and the above-entitled matter is transferred back to the United States District Court for the Southern District of Florida for further proceedings.

: 20

Initials of Preparer   JG